IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR286 |
| vs. | ) | |
| | ) | **PRELIMINARY ORDER** |
| JAMES COPELAND, | ) | **OF FORFEITURE** |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 7th day of November, 2008, this matter comes on before the Court upon the

United States' Motion for Issuance of Preliminary Order of Forfeiture.  The Court reviews the record

in this case and, being duly advised in the premises, finds as follows:

1.  The Defendant has plead guilty to Counts I, II, III and IV of said Indictment.  Count I of

said Indictment charges the Defendant with possession with intent to distribute cocaine base, a

violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1).  Count II of said Indictment charges the

Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. 922(g)(1). Count

IV of said Indictment charges the Defendant with using $451.00 in United States currency to

facilitate the commission of the controlled substance violation and charges said personal property

is derived from proceeds obtained directly or indirectly as a result of the commission of the

controlled substance violation. Count III of said Indictment charges the Defendant with using  a

Smith and Wesson revolver on the basis it was a firearm involved or used in the knowing

commission of the offense charged in Count II.

2.  By virtue of said plea of guilty, the Defendant forfeits his interest in the subject

properties, and the United States should be entitled to possession of said property, pursuant to 18

U.S.C. § 924(d), 28 U.S.C. § 2461(c) and  21 U.S.C., § 853.

3.  The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B.  Based upon Counts III and IV of the Indictment and the Defendant's plea of guilty, the United States is hereby authorized to seize the $451.00 in United States currency and the Smith and Wesson revolver.

C.  The Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C., § 853(n)(1).

D. The aforementioned forfeited properties are to be held by the United States in its secure custody and control.

E.  Pursuant to 21 U.S.C., § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the

Petitioner's right, title or interest in the subject properties and any additional facts supporting the

Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any

person known to have alleged an interest in the properties subject to this Order as a substitute for

published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of

Forfeiture pursuant to 21 U.S.C., § 853(n), in which all interests will be addressed.

ORDERED this 7th day of November, 2008.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**